# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 8, 2021

## NO. 03-21-00174-CV

**T. M. and O. A., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY CHIEF JUSTICE BYRNE;
CONCURRING AND DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on March 30, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms the trial court's order terminating the parents' rights and appointing the Department as permanent managing conservator of the children. The Court reverses the portion of the trial court's judgment finding statutory grounds under subsection (E) and remands for further proceedings as to that subsection. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.